UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE COLLIER,

                Plaintiff,

-against-                         7:23-CV-4065 (PMH)

JESSE K. "JAY" BRAY CEO;          **ORDER OF SERVICE**
NATIONSTAR MORTGAGE LLC d/b/a
MR. COOPER,

                Defendants.

PHILIP M. HALPERN, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the fees to bring this action.

    The Clerk of Court is directed to issue summonses as to Defendants Jesse K. "Jay" Bray and "Nationstar Mortgage LLC d/b/a Mr. Cooper." Plaintiff is directed to serve a summons and the complaint on each defendant within 90 days of the issuance of the summonses.[1] If within those 90 days, Plaintiff has not either served the defendants or requested an extension of time to do so, the Court may dismiss the claims against the defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

**SO ORDERED.**

Dated:    White Plains, New York
            May 22, 2023

                                            PHILIP M. HALPERN
                                            United States District Judge

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date when the complaint is filed, the summonses in this action were not issued when Plaintiff filed the complaint. The Court therefore extends the time to serve until 90 days after the date the summonses are issued.